UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-02275 AG (ADSx) | Date | January 8, 2019 |
|---|---|---|---|
| Title | STEVEN FECKLEY V. COVANCE, INC., ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S CLAIM AGAINST DEFENDANT LC LABORATORY CORPORATION OF AMERICA**

Plaintiff Steven Feckley sued Covance, Inc., Laboratory Corporation of America, Laboratory Corporation of America Holdings, and LC Laboratory Corporation of America ("LC Laboratory") in state court alleging various wrongful termination claims. Defendants timely removed to this Court, claiming removal was proper because the requirements for diversity jurisdiction were met. *See* 28 U.S.C. §§ 1332(a), 1441. But defendants admit that one of the named defendants—LC Laboratory—defeats diversity jurisdiction. Still, defendants argue diversity jurisdiction exists because LC Laboratory is a sham defendant, and the Court should therefore disregard its citizenship when determining whether jurisdiction is proper. *See Padilla v. AT&T Corp.*, 69 F. Supp. 2d 1156, 1158 (C.D. Cal. 2009) (citing *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996)). Indeed, defendants claim LC Laboratory "is not affiliated with or connected with [the other named defendants] in any way", nor is LC Laboratory "the parent, affiliate or subsidiary company" of any other named defendant. (Dkt. No. 1 at 7.) And the allegations in Plaintiff's complaint don't specifically mention what role LC Laboratory had, if any, in this case.

The Court therefore ORDERS Plaintiff to submit a document of **no more than 5 pages** by **January 22, 2019 at 12:00 p.m.** explaining why LC Laboratory is liable in this case. The Court further ORDERS Plaintiff to appear at a hearing on **February 4, 2019 at 9:00 a.m.** to show cause why LC Laboratory isn't a sham defendant in this case. Plaintiff should come prepared

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 18-02275 AG (ADSx) | Date | January 8, 2019 |
|---|---|---|---|
| Title | STEVEN FECKLEY V. COVANCE, INC., ET AL. | | |

to discuss whether its complaint contains any specific allegations concerning LC Laboratory's alleged involvement in the conduct underlying Plaintiff's claims.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |